UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC.,<br><br>    Defendants. | Case No.: C-11-05414-YGR<br><br>**ORDER REGARDING STANDING ORDER FOR CERTAIN EMPLOYMENT CASES** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has issued a Standing Order for Certain Employment Cases. A copy of the Standing Order is attached to this Order. The parties shall comply with the Standing Order as of the date of this Order.

**IT IS SO ORDERED.**

Dated: February 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**