1  James M. Nelson – SBN 116442
   nelsonj@gtlaw.com
2  Angela L. Diesch – SBN 256253
   diescha@gtlaw.com
3  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
4  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
5  Facsimile: (916) 448-1709

6  Attorneys for Defendant
   FPI Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN, an individual, | CASE NO. 11-CV-5414-YGR |
| Plaintiff, | **DEFENDANT FPI MANAGEMENT, INC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| FPI MANAGEMENT, INC.; KENNEDY WILSON, INC. and DOES 1 through 10, inclusive, | Assigned to: Honorable Yvonne Gonzalez Rogers |
| Defendants. | Amended Complaint Filed: March 12, 2012 |

1     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 3-16, Defendant FPI Management, Inc., ("Defendant") by and through its attorneys Greenberg Traurig, LLP, hereby declares the following:

    Corporate Defendant states that it is a privately owned corporation with no parent corporations or corporate members or shareholders. Additionally, Defendant certifies that it knows of no person or entity with an interest in the outcome of this action, as described in Local Rule 3-16, subparagraph (b)(1), other than that of the named parties to the action.

Dated: April 26, 2012                                  GREENBERG TRAURIG, LLP

                                                     By: */s/James M. Nelson*
                                                             James M. Nelson
                                                              Angela L. Diesch
                                                              Attorneys for Defendant,
                                                              FPI Management, Inc.

# DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**DEFENDANT FPI MANAGEMENT, INC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

☒ BY ELECTRONIC SERVICE. I served the above listed document(s) via the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's Website addressed to:

| | |
|---|---|
| Spencer F. Smith (smithlawsf@yahoo.com) Dow W. Patten (dow.patten@gmail.com) Law Offices of Spencer F. Smith 353 Sacramento Street, Suite 1120 San Francisco, CA 94111 415-520-0104 fax | Attorneys for Plaintiff Ashanna Brown |
| John Charles Post (jpost@littler.com) Littler Mendelson 650 California Street, 20th Floor San Francisco, CA 94108 415-399-8490 fax | Attorneys for Defendant, Kennedy-Wilson, Inc. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *April 26, 2012,* at Sacramento, California.

*/s/James M. Nelson*
**James M. Nelson**