1  NATALIE A. PIERCE, Bar No. 191342
   npierce@littler.com
2  JOHN C. POST, Bar No. 233236
   jpost@littler.com
3  Littler Mendelson, P.C.
   650 California Street
4  20th Floor
   San Francisco, California  94108.2693
5  Telephone:   415.433.1940
   Facsimile:    415.399.8490
6
   Attorneys for Defendant
7  KENNEDY-WILSON, INC.

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | ASHANNA BROWN, an individual,    | Case No.  11-CV-5414-YGR
12 |                    Plaintiff,     |
13 | v.                                | **DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1**
14 | FPI MANAGEMENT, INC., KENNEDY-WILSON, INC., and DOES 1 through 10, inclusive, |
15 |                                   |
16 |                    Defendants.    | Amended Complaint Filed:  March 12, 2012

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES

Case No. 11-CV-5414-YGR

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 3-16, Defendant Kennedy-Wilson, Inc., by and through its attorneys, Littler Mendelson, P.C., hereby certifies the following:

Kennedy-Wilson, Inc., a corporate defendant, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Kennedy-Wilson Holdings, Inc., Defendant's parent company, and

(2) ACE American Insurance Company, Defendant's insurer.

Dated: April 27, 2012

LITTLER MENDELSON, P.C.

By: /s/ John C. Post
NATALIE A. PIERCE
JOHN C. POST
Attorneys for Defendant
KENNEDY-WILSON, INC.

Firmwide:110895735.1 069965.1001

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES    -1-    Case No. 11-CV-5414-YGR