NATALIE A. PIERCE, Bar No. 191342
npierce@littler.com
JOHN C. POST, Bar No. 233236
jpost@littler.com
Littler Mendelson, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
KENNEDY-WILSON, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FPI MANAGEMENT, INC., KENNEDY-WILSON, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 11-CV-5414-YGR<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1**<br><br>Amended Complaint Filed: March 12, 2012 |

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 3-16, Defendant Kennedy-Wilson, Inc., by and through its attorneys, Littler Mendelson, P.C., hereby certifies the following:

Kennedy-Wilson, Inc., a corporate defendant, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Kennedy-Wilson Holdings, Inc., Defendant's parent company, and

(2) ACE American Insurance Company, Defendant's insurer.

Dated: April 27, 2012                       LITTLER MENDELSON, P.C.

By: /s/ John C. Post
NATALIE A. PIERCE
JOHN C. POST
Attorneys for Defendant
KENNEDY-WILSON, INC.

Firmwide:110895735.1 069965.1001

DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES -1- Case No. 11-CV-5414-YGR