# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashanna Brown,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FPI Management, Inc., et al.<br><br>　　　　Defendants. | Case No.: C-11-05414-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on April 30, 2012.

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 10/15/12 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | 7/31/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 7/31/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 1/31/13 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 1/31/13<br>Rebuttal: 2/14/13 |
| EXPERT DISCOVERY CUTOFF: | 2/28/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 3/26/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 5/10/13 |
| PRETRIAL CONFERENCE: | Friday, 5/24/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 6/10/13 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 7-9 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

An Order to Show Cause/compliance hearing regarding review of Magistrate Judge profiles and further discussion with clients regarding consent to Magistrate Judge for all purposes shall be held on Friday, May 11, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By May 8, 2012, counsel for Defendants shall each file either a one-page certification regarding review of profiles and whether Defendants consent to a Magistrate Judge for all purposes, or a statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the Order to Show Cause/compliance hearing will be taken off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**