UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC.,<br><br>　　　　Defendants. | Case No.: C-11-05414-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference is scheduled for October 22, 2012. "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process. Such statements must report the parties' views about whether using some form of ADR would be appropriate." Civil L.R. 16-10(d). A Joint Case Management Statement was not filed.

The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on Monday, November 5, 2012 at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than October 29, 2012, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference is **CONTINUED** to November 5, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**