UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC.,<br><br>　　　Defendants. | Case No.: C-11-05414-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

A compliance hearing is currently scheduled for December 14, 2012. The parties have filed a Joint Status Report Re: Exhaustion of Administrative Remedies. (Dkt. No. 51.) Plaintiff states that she will request that her fourth claim for race discrimination in violation of 42 U.S.C. section 2000, *et seq.* be dismissed.

The compliance hearing scheduled for December 14, 2012 is hereby **CONTINUED** to Friday, January 11, 2013 at 9:01 a.m. Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) the joint stipulation of dismissal of the fourth claim; or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: December 11, 2012

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**