UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC.,<br><br>    Defendants. | Case No.: C-11-05414-YGR<br><br>**ORDER REQUIRING JOINT PROPOSED ORDER REGARDING JOINT DISCOVERY LETTER BRIEF (DKT. NO. 54)** |

With regard to the Joint Discovery Letter Brief filed on December 13, 2012 (Dkt. No. 54), the parties shall meet and confer and submit a joint proposed order addressing the disputed requests for production of documents. The proposed order shall be formatted to allow the Court to rule on whether each request is granted or denied, and must be filed no later than Wednesday, December 19, 2012.

**IT IS SO ORDERED.**

Dated: December 17, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**