SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
ASHANNA BROWN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FPI MANAGEMENT, INC., KENNEDY-WILSON, INC. and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 11-CV-005414-YGR<br><br>**REQUEST FOR DISMISSAL OF PLAINTIFF'S FOURTH CAUSE OF ACTION FOR RACE DISCRIMINATION PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1964** |

*IT IS SO ORDERED*
/s/ Yvonne Gonzalez Rogers
Judge Yvonne Gonzalez Rogers

　　Plaintiff, through her counsel of record herein, hereby requests that the Court dismiss with prejudice Plaintiff's fourth cause of action for discrimination under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000 et. seq.) only as to all Defendants.

Dated: January 6, 2013　　　　　　　　　　　　　　　　SMITH PATTEN

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/S/ DOW W. PATTEN_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOW W. PATTEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ASHANNA BROWN