UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN, | Case No.: C-11-05414-YGR |
| Plaintiff, | **ORDER VACATING COMPLIANCE HEARING SCHEDULED FOR JANUARY 11, 2013** |
| vs. | |
| FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC., | |
| Defendants. | |

In light of Plaintiff's dismissal of the fourth claim for race discrimination under Title VII (Dkt. No. 61), the Court **VACATES** the compliance hearing scheduled for January 11, 2013.

**IT IS SO ORDERED.**

Dated: January 8, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California