UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC.,<br><br>　　　　Defendants. | Case No.: C-11-05414-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING SCHEDULED FOR JANUARY 11, 2013** |

　　　　In light of Plaintiff's dismissal of the fourth claim for race discrimination under Title VII (Dkt. No. 61), the Court **VACATES** the compliance hearing scheduled for January 11, 2013.

　　　　**IT IS SO ORDERED.**

Dated: January 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**