UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC.,<br><br>    Defendants. | Case No.: C-11-05414-YGR<br><br>**ORDER REQUIRING WRITTEN RESPONSE TO DEFENDANT FPI MANAGEMENT, INC.'S SUMMARY JUDGMENT PRE-FILING CONFERENCE REQUEST** |

On January 2, 2013, Defendant FPI Management, Inc. filed a letter with the Court pursuant to its Standing Order in Civil Cases requesting a pre-summary judgment motion conference. (Dkt. No. 58.) To date, Plaintiff has <u>failed to respond</u> despite the Standing Order's requirement that, within three (3) business days, any adversary wishing to oppose must file a written response addressing the substance of the moving party's letter. If no response is filed by Plaintiff by <u>Friday, January 11, 2013 at 9:00 a.m.</u>, the Court will interpret the failure to respond as an admission of good cause for the filing of FPI's summary judgment motion and will provide leave to so file.

The Court reminds the parties that under the Court's Standing Order, only one summary judgment motion may be filed *per side*, absent leave of Court. If Defendant Kennedy-Wilson, Inc. wishes to respond to FPI's letter, it must do so by January 11, 2013 at 9:00 a.m.

Depending upon the Court's review of the response letter(s) filed (if any), the Court may set a date and time for a conference at a future time.

**IT IS SO ORDERED.**

Dated: January 9, 2013

                                                _____
                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**