UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN,<br><br>     Plaintiff,<br><br>vs.<br><br>FPI MANAGEMENT, INC. and KENNEDY-WILSON, INC.,<br><br>     Defendants. | Case No.: C-11-05414-YGR<br><br>**ORDER SETTING SUMMARY JUDGMENT CONFERENCE** |

The Court has reviewed the parties' letters regarding Defendants' requests to file motions for summary judgment. A pre-filing conference will be held on Tuesday, January 22, 2013 at 2:30 p.m. in Courtroom 5.

**IT IS SO ORDERED.**

Dated: January 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**