James M. Nelson – SBN 116442
nelsonj@gtlaw.com
Angela L. Diesch – SBN 256253
diescha@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Defendant, FPI Management, Inc.

Natalie A. Pierce – SBN 191342
npierce@littler.com
650 California Street, 20th Floor
San Francisco, CA 94108
Adrianne Brooke Ostrowski -SBN-238786
aostrowski@littler.com
500 Capitol Mall #2000
Sacramento, CA 95814
LITTLER MENDELSON, P.C.
Telephone:     (415)433-1940
Facsimile:      (415)399-8490

Attorneys for Defendant, Kennedy-Wilson, Inc.

Spencer F. Smith – SBN 236587
Dow W. Patten  – SBN 135931
SMITH PATTEN
353 Sacramento Street, Suite 1120
San Francisco, CA 94111
Telephone:     (415)402-0084
Facsimile:      (415)520-0140

Attorneys for Plaintiff, Ashanna Brown

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANNA BROWN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FPI MANAGEMENT, INC.; KENNEDY WILSON, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.  11-CV-5414-YGR <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Amended Complaint |

IT IS SO ORDERED
3/11/13
Judge Yvonne Gonzalez Rogers

11-CV-5414-YGR                                              1

1 The Parties, through their respective counsel of record herein, based upon the settlement of this matter, hereby STIPULATE to dismissal of all Plaintiff's claims herein WITH PREJUDICE, each party to bear their own costs and fees.

Dated:  March 4, 2013      /s/ Dow W. Patten
Spencer F. Smith – SBN 236587
Dow W. Patten – SBN 135931
SMITH PATTEN
353 Sacramento Street, Suite 1120
San Francisco, CA 94111
Telephone:    (415) 402-0084
Facsimile:    (415)520-0140
Attorneys for Plaintiff, Ashanna Brown

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

Dated:  March 4, 2013      /s/ Adrianne Brooke Ostrowski
Adrianne Brooke Ostrowski -SBN-238786
Littler Mendelson, P.C.
500 Capitol Mall #2000
Sacramento, CA 95814
Telephone:    (916) 830-7200
Facsimile:    (916) 561-0828
Attorneys for Defendant, Kennedy-Wilson, Inc.

Dated:  March 4, 2013      /s/ James M. Nelson
James M. Nelson – SBN 116442
nelsonj@gtlaw.com
Angela L. Diesch – SBN  256253
diescha@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Attorneys for Defendant, FPI Management, Inc.