1  James M. Nelson – SBN 116442
   nelsonj@gtlaw.com
2  Angela L. Diesch – SBN 256253
   diescha@gtlaw.com
3  GREENBERG TAURIG, LLP
   1201 K Street, Suite 1100
   Sacramento, CA 95814-3938
4  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709

5  Attorneys for Defendant, FPI Management, Inc.

6  Natalie A. Pierce – SBN 191342
   npierce@littler.com
7  650 California Street, 20th Floor
   San Francisco, CA 94108
8  Adrianne Brooke Ostrowski -SBN-238786
   aostrowski@littler.com
9  500 Capitol Mall #2000
   Sacramento, CA 95814
10 LITTLER MENDELSON, P.C.
   Telephone:    (415)433-1940
   Facsimile:    (415)399-8490
11
12 Attorneys for Defendant, Kennedy-Wilson, Inc.

13 Spencer F. Smith – SBN 236587
   Dow W. Patten – SBN 135931
   SMITH PATTEN
14 353 Sacramento Street, Suite 1120
   San Francisco, CA 94111
15 Telephone:    (415)402-0084
   Facsimile:    (415)520-0140

16 Attorneys for Plaintiff, Ashanna Brown

17                    UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 ASHANNA BROWN, an individual,              CASE NO. 11-CV-5414-YGR

21        Plaintiff,                          **STIPULATION FOR DISMISSAL WITH PREJUDICE**

22    v.

23 FPI MANAGEMENT, INC.; KENNEDY              Amended Complaint
   WILSON, INC. and DOES 1 through 10,
   inclusive,
24
          Defendants.
25

IT IS SO ORDERED
3/11/13
Judge Yvonne Gonzalez Rogers

11-CV-5414-YGR                         1

1  The Parties, through their respective counsel of record herein, based upon the settlement of this
2  matter, hereby STIPULATE to dismissal of all Plaintiff's claims herein WITH PREJUDICE, each
3  party to bear their own costs and fees.

4

5  Dated: March 4, 2013                              */s/ Dow W. Patten*
                                                    Spencer F. Smith – SBN 236587
6                                                   Dow W. Patten – SBN 135931
                                                    SMITH PATTEN
7                                                   353 Sacramento Street, Suite 1120
                                                    San Francisco, CA 94111
8                                                   Telephone:    (415) 402-0084
                                                    Facsimile:    (415)520-0140
9                                                   Attorneys for Plaintiff, Ashanna Brown

10

11 "I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

12

13 Dated: March 4, 2013                              */s/ Adrianne Brooke Ostrowski*
                                                    Adrianne Brooke Ostrowski -SBN-238786
14                                                  Littler Mendelson, P.C.
                                                    500 Capitol Mall #2000
15                                                  Sacramento, CA 95814
                                                    Telephone:    (916) 830-7200
16                                                  Facsimile:    (916) 561-0828
                                                    Attorneys for Defendant, Kennedy-Wilson, Inc.
17
   Dated: March 4, 2013                              */s/ James M. Nelson*
18                                                  James M. Nelson – SBN 116442
                                                    nelsonj@gtlaw.com
19                                                  Angela L. Diesch – SBN  256253
                                                    diescha@gtlaw.com
20                                                  GREENBERG TAURIG, LLP
                                                    1201 K Street, Suite 1100
21                                                  Sacramento, CA  95814-3938
                                                    Telephone: (916) 442-1111
22                                                  Facsimile: (916) 448-1709
                                                     Attorneys for Defendant, FPI Management, Inc.

23

24

25

   11-CV-5414-YGR                                   2